IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00572-EWN-MEH

EAGLE:XM, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ENGENUS NA LLC, a New York corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2008.**

    Plaintiff's Motion to Vacate Scheduling Conference [filed June 23, 2008; doc #4] is **granted**. In light of the Notice of Voluntary Dismissal of Case filed in this matter, the Scheduling Conference set for June 24, 2008 is hereby vacated.